IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-CV-00429-WW

| | |
|---|---|
| SIU SING TONG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| JANET WYLIE, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

For good cause shown and with the consent of Plaintiff, Dassault Systemes Simulia Corp. and Dassault Systemes Similia K.K.'s Consent Motion to Stay Discovery (DE-52) is hereby GRANTED. All deadlines in the Court's October 24, 2011 Scheduling Order (DE-37) are hereby STAYED pending a final decision or other order on Dassault Systemes Simulia Corp. and Dassault Systemes Similia K.K.'s pending motions to dismiss (DE-42, DE-44). Within thirty-five days of a final decision or other order on the pending motions to dismiss, the parties shall meet and confer to attempt in good faith to agree on a proposed revised discovery plan. Within seven days after the parties' conference, the parties shall submit a proposed revised discovery plan to the Court.

DONE AND ORDERED in Chambers at Raleigh, North Carolina this 14th day of February, 2012

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE

1